PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Raumeice T. Miller            Docket Nos. 5:16-MJ-1155-1
                                                                                        5:15-MJ-1036-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Raumeice T. Miller, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court in Fayetteville, on the 2nd day of March, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 25, 2016, as part of the Remote Alcohol Monitoring Program (Soberlink), the defendant submitted an alcohol test at 10:10 a.m. which yielded a BAC reading of .063. He failed to submit re-tests at 10:25 a.m., 10:55 a.m., 11:25 a.m., 11:55 a.m., and 12:25 p.m. At 12:48 p.m. he submitted an alcohol test which yielded a BAC reading of .036, at 2:16 p.m. a BAC reading of .023, and at 2:39 p.m., his BAC reading was .014. Miller submitted a compliant test at 9:41 p.m. On March 26, 2016, the defendant missed a scheduled alcohol test at 10:00 a.m. but submitted a compliant test at 2:26 pm. The defendant was confronted regarding these positive alcohol tests and he adamantly denied consuming alcohol.

**PRAYING THAT THE COURT WILL ORDER** a hearing be held on April 6, 2016, to determine if his bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Debbie W. Starling |
| Robert K. Britt | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street, |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2536 |
| | Executed On: March 29, 2016 |

### ORDER OF THE COURT

Considered and ordered the __29th__ day of __March__, 2016, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge