| United States Of America | ) | **JUDGMENT** |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| Raumeice T. Miller | ) | |
| | ) | |

On June 10, 2015, Raumeice T. Miller appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5) was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on April 6, 2016, the court finds as a fact that Raumeice T. Miller, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.  Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days to run concurrent with the sentence imposed in 5:16-MJ-1155-1 on this date.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: April 7, 2016

_Robert T Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge